IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| REHABCARE GROUP EAST, INC. d/b/a REHABCARE GROUP THERAPY SERVICES, | ) ) ) ) |
| Plaintiff, | ) Case No. 17-CV-1181-SMY ) |
| vs. | ) ) |
| VILLAGE HEALTH CARE MANAGEMENT, LLC d/b/a UNITED METHODIST VILLAGE NORTH CAMPUS, and THE UNITED METHODIST VILLAGE, INC. d/b/a UNITED METHODIST VILLAGE, | ) ) ) ) ) ) ) |
| Defendants. | ) |

**ORDER**

Plaintiff sued Defendants to collect for its unpaid rehabilitation services. On July 12, 2021, the Court granted summary judgment in favor of Plaintiff (Doc. 135). The Clerk of Court subsequently entered judgment and dismissed the case with prejudice (Doc. 136). Plaintiff subsequently filed a motion seeking attorney fees and other costs of collection (Doc. 137). The Court found that Plaintiff is entitled to reasonable attorneys' fees and costs but ordered it to supplement its motion with proper documentation of the fees and costs claimed (Doc. 138). Plaintiff filed a Supplement (Doc. 139) as directed.

This Court, having reviewed the Supplement and itemized documentation of fees and costs incurred, **GRANTS** Plaintiff's Motion for Attorney Fees and Costs (Doc. 137). Plaintiff is awarded $153,355.88 in attorney's fees and costs in the amount of $5001.95. The Clerk of Court is **DIRECTED** to modify the Clerk's Judgment accordingly (Doc. 136). This case shall remain closed.

**IT IS SO ORDERED.**

**DATED: December 7, 2022**

*Staci M. Yandle*

**STACI M. YANDLE**
**United States District Judge**